NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1425

CORUS STAAL BV,

Plaintiff-Appellant,

v.

UNITED STATES and DEPARTMENT OF COMMERCE,

Defendants-Appellees,

and

UNITED STATES STEEL CORPORATION,

Defendant-Appellee,

and

ARCELORMITTAL USA INC.,

Defendant.

Richard O. Cunningham, Steptoe & Johnson LLP, of Washington, DC, argued for plaintiff-appellant.  With him on the brief were Joel D. Kaufman, Alice A. Kipel, and Jamie B. Beaber.

Claudia Burke, Senior Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendants-appellees United States, et al.  With her on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Patricia M. McCarthy, Assistant Director.  Of counsel on the brief was Sapna Sharma, Attorney, Office of the Chief Counsel for Import Administration, United States Department of Commerce, of Washington, DC.

Ellen J. Schneider, Skadden Arps, Slate, Meagher & Flom LLP, of Washington, DC, argued for defendant-appellee United States Steel Corporation.  On the brief were Robert E. Lighthizer, Jeffrey D. Gerrish and Luke A. Meisner.  Of counsel was James C. Hecht.

Appealed from:  United States Court of International Trade

Judge Judith M. Barzilay

# United States Court of Appeals for the Federal Circuit

2009-1425

CORUS STAAL BV,

Plaintiff-Appellant,

v.

UNITED STATES and DEPARTMENT OF COMMERCE,

Defendants-Appellees,

and

UNITED STATES STEEL CORPORATION,

Defendant-Appellee,

and

ARCELORMITTAL USA INC.,

Defendant.

# Judgment

ON APPEAL from the    United States Court of International Trade

in CASE NO(S).    07-00221

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (PROST and MOORE, <u>Circuit Judges</u>, and GUILFORD, <u>District Judge</u>*).

AFFIRMED. <u>See</u> Fed. Cir. R. 36.

_____

* Honorable Andrew J. Guilford, District Judge, United Sates District Court for the Central District of California, sitting by designation.

ENTERED BY ORDER OF THE COURT

DATED <u>April 8, 2010</u>                <u> /s/ Jan Horbaly                     </u>
<br>                                               Jan Horbaly, Clerk